**CIPRIANI GROUP, INC., Appellant,**

v.

**ORIENT–EXPRESS HOTELS INC. and Hotel Cipriani SrL, Appellees.**

No. 2008–1559.

United States Court of Appeals, Federal Circuit.

Aug. 11, 2009.

Marvin S. Gittes, Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C., of New York, NY, argued for appellant. With him on the brief was Timur E. Slonim. Of counsel were Joseph M. DiCioccio, and Geri L. Haight.

George B. Snyder, Troutman Sanders LLP, of New York, NY, argued for appellees. Of counsel was Bennet J. Moskowitz.

SCHALL, PLAGER, and MOORE, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. See Fed. Cir. R. 36.